IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT B. GOLDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-11-1071-M |
| ) | |
| WILLIAM S. KEY CORR. CENTER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 30, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed on filing without prejudice due to petitioner's failure to exhaust his state court remedies. Petitioner was advised of his right to object to the Report and Recommendation by October 20, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 30, 2011, and

(2) DISMISSES the petition for writ of habeas corpus on filing without prejudice due to petitioner's failure to exhaust his state court remedies.

**IT IS SO ORDERED this 28th day of October, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE